UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No: 8:16-cv-2001-T-27AEP

SCOTT E. SERNEELS,

Defendant.
___________________________________/

**ORDER TO SHOW CAUSE**

This cause comes before the Court upon Plaintiff's second Amended Motion to Compel (Doc. 15). According to Plaintiff, it propounded its interrogatories and requests for production in aid of execution upon Defendant, but Defendant failed to respond to the requested discovery. Accordingly, Plaintiff filed its amended motion to compel requesting that the Court compel Defendant to provide responses to Plaintiff's discovery in aid of execution and impose sanctions upon Defendant (Doc. 15). After consideration, it is hereby

ORDERED:

1. The Court directs Plaintiff to serve a copy of this Order upon Defendant within ten (10) days of the date of this Order.

2. A show cause hearing shall be scheduled for March 24, 2017, at 10:00 a.m., in Courtroom 10A at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, at which Defendant must appear to show cause as to why sanctions should not be imposed against him for failure to respond to Plaintiff's discovery requests. If Defendant complies with Plaintiff's requests for discovery prior to the show cause hearing, and Plaintiff notifies the Court of the same, the Court will cancel the hearing and no sanctions will issue. If Defendant fails to appear at the hearing, however, the Court will issue sanctions, which may

include issuance of a warrant for Defendant's arrest and commencement of the civil contempt process.

DONE AND ORDERED in Tampa, Florida, on this 23rd day of February, 2017.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record