UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.                                                    Case No: 8:16-cv-2001-T-27AEP

SCOTT E. SERNEELS,

  Defendant.
  _____/

## ORDER

Three show cause hearings were held directing the Defendant to appear and show cause as to why sanctions should not be imposed against him for failure to respond to Plaintiff's discovery request. After Defendant failed to appear at the third show cause hearing on June 7, 2017, Plaintiff filed its Motion for Contempt (Dkt. 31), which was subsequently granted. (Dkt. 35). The Order granting Plaintiff's motion stated that the Defendant is in civil contempt which may be purged by providing the outstanding discovery responses to Plaintiff by January 2, 2018, failing which a warrant for his arrest will be issued. (Dkt. 35). Defendant was served with the Order and Plaintiff's Interrogatories and Production in Aid of Execution by substitute service on his wife/co-resident on December 7, 2017. (Dkt. 38). Defendant failed to provide the outstanding discovery responses within the time permitted. Accordingly,

1.    The Clerk is directed to prepare a warrant for the arrest of Scott E. Serneels, who shall be held in custody for ten (10) days. Scott E. Serneels may purge his contempt by providing the outstanding discovery responses to Plaintiff.

2.    A status conference will be scheduled within five (5) days of Scott E. Serneels being

taken into custody.

    3.    The United States Marshal is directed to serve a copy of this Order on Scott E. Serneels at the time of arrest.

**DONE AND ORDERED** this 5th day of January, 2018.

                                **JAMES D. WHITTEMORE**
                                **United States District Judge**

Copies to:
Counsel of Record
United States Marshal
Scott E. Serneels
7325 Forbes Road
Zephyrhills, FL